FILED

09/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0046

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0046

_____

STAND UP MONTANA, a Montana non-profit
Corporation; CLINTON DECKER; MORGEN
HUNT; GABRIEL EARLE; ERICK PRATHER;
BRADFORD CAMPBELL; MEAGAN
CAMPBELL; AMY ORR and JARED ORR,

      Plaintiffs and Appellants,

    v.

MISSOULA COUNTY PUBLIC SCHOOLS,
ELEMENTARY DISTRICT NO. 1, HIGH
SCHOOL DISTRICT NO. 1, MISSOULA
COUNTY, STATE OF MONTANA; TARGET
RANGE SCHOOL DISTRICT NO. 23; and
HELLGATE ELEMENTARY SCHOOL
DISTRICT NO. 4,

      Defendants and Appellees.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Jason Marks, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 27 2023